UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIE WENG and SAN DANG WANG,
*individually and on behalf of other employees situated*,

                Plaintiffs,

– against –

NEW SHANGHI DELUXE CORP., *et al.*,

                Defendants.

**ORDER**

19 Civ. 9596 (ER)

Ramos, D.J.:

    On May 20, 2021, the Court granted Plaintiffs leave to file a Second Amended Complaint for the purpose of adding new defendants.  Plaintiffs filed the complaint on May 21, 2021 and Defendants answered on July 19, 2021.

    The parties are hereby instructed to submit a proposed schedule for any additional discovery by July 23, 2021 for the Court's approval.

    It is SO ORDERED.

Dated:    July 20, 2021
              New York, New York

                                                Edgardo Ramos, U.S.D.J.