UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIE WENG, *individually and on behalf of all other employees similarly situated*, and SAN DANG WANG, *individually and on behalf of all other employees similarly situated*,

                Plaintiffs,

v.

NEW SHANGHAI DELUXE CORP, YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC, WEI CHEN, YU JUN ZHU, and RONG BING ZHU,

                Defendants.

**ORDER**

19 Civ. 9596 (ER)

RAMOS, D.J.

During the case management conference held on November 3, 2021, the Court stated that it would issue an order of reference to Magistrate Judge Ona T. Wang for settlement purposes, and directed the parties to advise the Court within 48 hours of settlement discussions as to the outcome. A settlement conference was held before Magistrate Judge Wang on February 15, 2022. To date, the parties have not filed a status report.

The parties are hereby directed to submit a joint status report regarding the outcome of the settlement conference by **April 15, 2022.**

It is SO ORDERED.

Dated: April 12, 2022
      New York, New York

                                                               Edgardo Ramos, U.S.D.J.