UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIE WENG, *individually and on behalf of all other employees similarly situated*, and SAN DANG WANG, *individually and on behalf of all other employees similarly situated*,

                   Plaintiffs,

    v.

NEW SHANGHAI DELUXE CORP, YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC, WEI CHEN, YU JUN ZHU, and RONG BING ZHU,

                   Defendants.

**ORDER**

19 Civ. 9596 (ER)

RAMOS, D.J.

    A bench trial was held on September 7, 2022. The only issue disputed by the parties is whether the defendant Rong Yang Zhu is an employer.

    The parties are hereby directed to provide the legal and factual basis as to why Rong Yang Zhu should or should not be considered an employer by **September 21, 2022.**

    It is SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                Edgardo Ramos, U.S.D.J.