UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JIE WENG and SAN DANG WANG,
individually and on behalf of all other
employees similarly situated,

        Plaintiffs,

        -*against*-

NEW SHANGHAI DELUXE CORP, YU
LIN ZHU, MEI FANG WU, RONG
YANG ZHU, YEAH SHANGHAI
DELUXE INC, WEI CHEN, YU JUN
ZHU, and RONG BING ZHU

        Defendants.
-------------------------------------------------------------x

**ORDER**

19 Civ. 9596 (ER)

Ramos, D.J.:

    Plaintiffs' counsel is directed to submit an application for attorneys' fees and costs by November 8, 2022.

SO ORDERED.

Dated: New York, New York
       November 1, 2022

                                                Edgardo Ramos, U.S.D.J.