UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIE WENG and SAN DANG WANG,
*individually and on behalf of all other employees similarly situated*,

                  Plaintiffs,

– against –

NEW SHANGHAI DELUXE CORP, YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC, WEI CHEN, YU JUN ZHU, and RONG BING ZHU,

                  Defendants.

**ORDER**

19-cv-9596 (ER)

Ramos, D.J.:

    On November 1, 2022 Plaintiffs' counsel was directed to submit an application for attorneys' fees and costs by November 8, 2022.  Doc. 54.  No application was submitted. Plaintiff's counsel is again directed to submit an application for attorneys' fees by June 26, 2023. Failure to do so will result in the case being closed.

SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                                        Edgardo Ramos, U.S.D.J.