UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIE WENG *and* SAN DANG WANG, *individually and on behalf of all other employees similarly situated*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　– against –<br><br>NEW SHANGHAI DELUXE CORP, YU LIN ZHU, MEI FANG WU, RONG YANG ZHU, YEAH SHANGHAI DELUXE INC, WEI CHEN, YU JUN ZHU, *and* RONG BING ZHU,<br>　　　　　　　　　　Defendants. | **ORDER**<br><br>19-cv-9596 (ER) |

Ramos, D.J.:

　　On June 27, 2023, Defendants were directed to respond to Plaintiffs' motion for attorneys' fees. Doc. 59. No response was submitted. Defendants are again directed to submit a response by December 11, 2023. If Defendants fail to do so, the Court will consider Plaintiffs' motion unopposed.

　　It is SO ORDERED.

Dated:　　November 27, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.