**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JIE WENG and SAN DANG WANG,
individually and on behalf of all other
employees similarly situated,

                Plaintiff,                19 **CIVIL** 9596 (ER)

     -against-                          **JUDGMENT**

NEW SHANGHAI DELUXE CORP, YU
LIN ZHU, MEI FANG WU, RONG YANG
ZHU, YEAH SHANGHAI DELUXE INC,
WEI CHEN, YU JUN ZHU, and RONG BING
ZHU,
                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2024, the motion for attorney fees is GRANTED. Counsel for Plaintiffs is entitled to $69,830 in attorney fees and $2,960.30 in costs, for a total of $72,790.30. The Court also notes that the parties agreed to damages calculations, before attorneys' fees and costs, of $609,075.65 for Jie Weng and $452,305.18 for San Dang Wang. Doc. 53. The Court authorizes entry of judgment for damages in those amounts. Accordingly, the case is closed.

**Dated:**  New York, New York
           March 13, 2024

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                    **BY:**
                                                    **Deputy Clerk**