ABSTRACT OF JUDGMENT

Re: Jie Wang and San Dang Wang v. New Shanghai Deluxe Corp, Yeah Shanghai Deluxe

Case Number: 1:19-cv-09596-ER

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| New Shanghai Deluxe Corp,<br>50 Mott Street<br>New York, NY 10013<br><br>Yu Lin Zhu<br>50 Mott Street<br>New York, NY 10013<br><br>Mei Fang Wu<br>50 Mott Street<br>New York, NY 10013 | Jie Weng<br>2625 Union Street, Apt 4F<br>Flushing, NY 11354<br><br>San Dang Wang<br>14219 Barclay Avenue, Apt 7B<br>Flushing, NY 11355 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| Attorney's fees and costs: $72,790.30<br><br>$609,075.65 in favor of Jie Weng<br><br>$452,305.18 in favor of San Dang Wang | Vincent S Wong, Esq.<br>39 East Broadway, Suite 306<br>New York, NY 10002<br>Phone: 212.349.6099 | March 13, 2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York , New York

**RUBY J. KRAJICK, Clerk of Court**

By, Deputy Clerk

**Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained**

**Rong Yang Zhu**
50 Mott Street
New York, NY 10013

**Yeah Shanghai Deluxe Inc**
50 Mott Street
New York, NY 10013

**Wei Chen**
50 Mott Street
New York, NY 10013

**Yu Jun Zhu**
50 Mott Street
New York, NY 10013

**Rong Bing Zhu**
50 Mott Street
New York, NY 10013